# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KELVIN PHILLIP BROWN,** ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION: 1:21-00147-KD-B** |
| **CORPORAL MILLER,** *et al.*, ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, made under 28 U.S.C. § 636(b)(1)(B) and dated July 7, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute and obey the Court's orders.

**DONE** and **ORDERED** this the **11th** day of **August 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**